1  JACK RUSSO (State Bar No. 96068)
   MICHAEL RISCH (State Bar No. 197600)
2  RUSSO & HALE LLP
   401 Florence Street
3  Palo Alto, CA 94301
   Telephone: (650) 327-9800
4  Facsimile: (650) 327-3737
   Email: jrusso@computerlaw.com
5  Email: mrisch@computerlaw.com

6  Attorneys for Plaintiff
   YIELD DYNAMICS, INC.

7

**REDACTED
FOR FILING**

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  YIELD DYNAMICS, INC., a California    Case No. 06-C-00331 VRW
    corporation,
13                                         **DECLARATION OF PETER SMITH IN
                                           SUPPORT OF PLAINTIFF YIELD
14              Plaintiff,                 DYNAMICS, INC.'S MOTION FOR
                                           SUMMARY JUDGMENT**
14         vs.
15                                         Date:    August 3, 2006
    TEA SYSTEMS CORPORATION, a             Time:    TBD
16  Pennsylvania corporation; TERRENCE E.  Dept.:   TBD
    ZAVECZ, an individual; DONNA ZAVECZ,   Judge:   Hon. Vaughn R. Walker
17  an individual,

18              Defendants.

19

20

21     **THIS ENVELOPE IS SEALED PURSUANT TO THE PROPOSED STIPULATED

22     PROTECTIVE ORDER DATED JUNE 14, 2006 (DOCKET NO. 24-1) WHICH IS

23     PENDING BEFORE THE COUT, CONTAINS CONFIDENTIAL INFORMATION AND

24     CONFIDENTIAL–ATTORNEYS' EYES ONLY INFORMATION, AND IS NOT TO BE

25     OPENED OR THE CONTENTS REVEALED EXCEPT BY ORDER OF THIS COURT.**

26

27

28

I, Peter Daniel Smith, declare as follows:

**General Background**

1. My name is Peter Daniel Smith. I have a Bachelor of Science degree from Carnegie-Mellon University in Electrical Engineering and Mathematics; it is called a "dual major" by Carnegie-Mellon University but corresponds to what most universities today would term a major in Electrical Engineering with a minor in Computer Science. Most of my math classes were in computer science.

2. I have been a professional computer programming in the twenty years since graduating, first at the Fortune-500 companies Teradyne and Bolt, Beranek and Newman, and currently for a computer game company called WildTangent. I have two patents in three-dimensional data compression for work done at WildTangent.

**Computer Languages: My Skills and Experiences**

3. I am an expert or am familiar with all of the computer languages that the programs in question are written in. The original code was written in the RPL (Research Programming Language); it is part of a larger statistical product called RS/1 (Research Systems/1) from a company called BBN (Bolt, Beranek and Newman). From 1989 to 1995 I was a Senior Programmer at BBN in the Software Products division that created the RS/1 program and its RPL programming language. From 1995 to 1999 I was an independent consultant primarily but not exclusively focused on extending the RS/1 program. I have written large applications in RPL, made additions and modifications to the underlying RPL language, and have created extensions to RPL. I have extensive experience programming in the RPL language.

4. The "new" code—which I believe was written by Mr. Zavecz—is written in an extension of the Basic programming language called 'Visual Basic'. My experience with the Basic programming language realistically started in college where I used a personal computer and Basic to solve various Electrical Engineering problems; I have also used Visual Basic in one of my contracts as an independent consultant and since then have created a interface between Visual

1  Basic and Visual Basic Script and my current employer's main 3D geometrical programming

2  toolkit as part of my duties.

3      5. Lastly, some of the RPL code—which I believe is owned by YDI—was rewritten into

4  the C++ language; I have programmed extensively in C++ for over ten years and am an expert in it.

5  My current job (which I have held since 1999) requires in-depth knowledge of the C++ language.

6      6. I was responsible for creating video terminal drivers for programs both at Teradyne and

7  at BBN. I am very familiar with video terminal technology and capabilities.

8      7. My programming experience has included:

9      • Writing retail programs from scratch. Examples of these include the 'bbnrcpgen'

10         program which is bundled with RS/1 and the new 'table editor' that is also part of

11         RS/1.

12     • Modifying existing retail programs that my employers were developing. Examples

13         of this include RS/1 itself. This has been the majority of my professional work.

14     • Writing and modifying internally used programs.

15

16  **My Task**

17     8. I have been asked to compare source code from two different programs. I believe that

18  one belongs to Yield Dynamics, Inc. ("YDI") and that the other was produced by the Defendants.

19     9. I did that comparison, and this declaration describes my findings, as well as some

20  background about the particular source code at issue.

21

22  **Comments**

23     10. Overwhelmingly, the programs I have worked on include 'comments'—English-like

24  text that describes the internal details of the program. This includes both the programs that I have

25  written and the programs that other programmers wrote and which I have modified. Generally

26  speaking, comments let programmers understand the program they are working on. I have read

27  comment in code that I was given, and it helped me understand the program; I have also read

28  comments that I have written to help me remember details of programs that I wrote in the past.

11.  A program's comments can include a description of how a program behaves, a history of the changes to the program, explanations of workarounds in the code, and information about the underlying algorithms that the code uses.  I have found from experience that comments tend to vary considerably from one program to the next, and within a program from one place to the next.  As a head grader for a programming course at Carnegie-Mellon University I created a one-page example comment for all of the students to follow; this resulted in a notable improvement in the documentation for the programs that the students handed in.

### Original Code and Indications of Copying That Are Unrelated to Functionality

12.  My direct knowledge of the languages in this case leads me to believe that it is possible to copy code from one system to another, but that the copying cannot not be a direct letter-for-letter copy.   Instead the code would have to be translated from one language to the other.  When the code is translated, all or virtually all of the lines of code will be changed.  Some of the simple indications for determining if the code has been copied will be erased, but others are preserved.

13.  Programmers have many choices of expression when writing software.  Because of this, there are several indications that are preserved when code is translated, including:

A.  **Variable names.**  Programmers get to choose their variable names; these also might not be changed when code is translated.  Often variable names consist of two or more words, sometimes abbreviated, and then put together.  There are different styles for which words to abbreviate and which to spell out, and for the order in which the words are put together, and the capitalization.  For example, a variable which hold an 'x' minimum value might be xmin, xminimum, x_min, x_minimum, xMin, xMinimum, XMin, XMinimum, minx, minimumx, min_x, minimum_x, and so on.

B.  **Function names.**  Programmers often get wide latitude for naming their functions; translated code might not change the original names.  Function names have the same general set of choices that variable names have.

C. **Content and style of comments.** Although the syntax for creating comments is different between RPL and Basic, the comments themselves can be copied. However, because some of the underlying concepts in RPL do not exist in Basic, I would expect that comments that mention an RPL concept might be changed to reflect a translation into a corresponding Basic concept. For example, RPL uses the concept of a table to store a two-dimensional 'spreadsheet' of numerical data, whereas Basic uses a matrix to store the same thing. An RPL comment that uses the word 'table' might be copied into a Basic comment that uses the word 'matrix'.

D. **Overall Flow of control.** For example, when reading in a file where different parts have special markers, the code might be in done in the order that the markers are placed in the file, or in alphabetical or numerical order, or in the order that they were documented, or in the order that the programmer wrote the specific cases for.

E. **Coding formatting conventions.** Each time programs are created or modified there are choices about exactly how the code is formatted. For example, after an 'if' statement, the programmer can put the controlled statement on the same line, or on the next line, or in a special block of code set off with curly-braces ('{' and '}'). Different people will pick different styles at different times. Following is an example of four different style of RPL code (note that there are other styles as well; this is just four common styles).

> **style 1:**
>> if (a>b) type "a is greater than b";
>
> **style 2:**
>> if (a>b)
>>> type "a is greater than b";
>
> **style 3:**
>> if (a>b)
>> {
>>> type "a is greater than b";

1                          }

2          **style 4:**

3                  if (a>b) {

4                          type "a is greater than b";

5                  }

6      F.  **Coding styles relating to line length.**  One of the changes in the computer

7          programming industry is that computer programs from the era of RS/1

8          overwhelmingly were written to fit into 80-character long lines.  This is partly

9          influenced by Fortran (where lines were required to fit inside of 72-character long

10         lines) and also by the equipment used to program with.  Programming used to be

11         done on *video terminal*: specialized devices similar in appearance to a modern

12         computer monitor but restricted (in today's terms) to displaying a single window 80

13         characters long and 24 characters high (technically speaking, some terminals could

14         display an extra '25th' line, and many could be set to display more characters across.

15         My experience with other programmers is that this capability was not often used).

16         As a result, lines were sometimes split at inconvenient spots in order to fit the

17         programming code on the width of the screen.  Modern programming, however, is

18         generally done on larger monitor where the size of the editing window can be made

19         larger than 80 characters.  My experience with other programmer's code written

20         under these systems is that they take advantage of the longer lines.  Code that is

21         copied from an 80-character wide environment into a modern environment like

22         Visual Basic may show some of the inconvenient splits from the 80-character wide

23         environment.

24     G.  **Special coding styles used by one language but not the other.**  In this case, RPL

25         has a very flexible way of assigning values to variables that turns out to be more

26         flexible than is desirable when creating large projects.  The flexibility has to be

27         mitigated with special code sequences – in particular, the start of many RPL

28         functions is a set of '$fixempty()' functions which handle this problem.  Visual

Basic also suffers from this problem, but the mitigation can be done differently. As I will point out later, in the code that was determined to be copied, the RPL style of mitigation was used in addition to the Visual Basic style.

H. **Vestigial code that makes sense in one system but not in another.** When the code is translated, some functions that might have been useful in the old code might be translated but not used in the new code.

14. Indicators that would be removed when translating the code include:

A. **Each line of code is likely to be changed.** It will not be possible to use ordinary "list the difference" tools to find places that have changed

B. **Some sections of code will be replaced with new sections.** Sometimes the new sections will be longer, and sometimes shorter. One reason to replace a section of old code with new code is that RPL contains some coding "shortcuts" which are not available in Basic. However, Basic also contains some "shortcuts" which are not available to RPL, and in these cases a longer section of code might be replaced with a shorter section.

C. **Specialized terminology might be changed.** Some general concepts are implemented using one set of terminology in RS/1 and a different terminology in Basic. When code is copied, comments might be changed to reflect the new terminology. For example, storing numerical data in RS/1 is normally done in what are called 'tables' or 'matrices' (and was done so in the original RPL code). Basic does not have tables; instead numerical data is likely to be held in an 'array'. The specialized RPL term "table" might be changed when the code is copied. Note, though, that the mathematical term is a 'matrix'; this is also used in some general Basic documentation.

D. **Code Organization.** The two languages in question – Basic and RPL – support very different code organization techniques. Visual Basic comes with a very powerful 'Integrated Development Environment' that allows many functions into a

single file. RS/1 at the time had an optional added-cost feature to support this feature, but the RPL code I have examined does not use this feature.

E. **Error Handling.** It's been my experience that every overall program module makes decisions about how to handle errors. Once these decisions are made, all code will be made to conform to the decisions. I would expect that if a program is being newly conceived or reconceived (that is, whether written fresh or rewritten using some of the old code), the new code may well use different error handling than the old code.

15. Unless special purpose tools that understand both RPL and Basic are used, it will not be useful to make an automated analysis of the code. To the best of my knowledge, these tools do not currently exist and would have to be created (and indeed, for some of my analysis special tools to search for very specific markers did have to be created). The best way to find areas of code that are copied is to examine the new Basic code by hand for possible markers and then try to match them up with the old RPL code. This by-hand method should be augmented with standard tools to search for specific items, but the standard tools cannot be used without significant intelligent direction.

## Importing Data: My Skills and Conclusions

16. All of my jobs – at Teradyne, at BBN, and now at WildTangent – have involved importing data into programs. Some of the data has been for the electronics industry – for example, I wrote a program to read in data from Silvar-Lisco format, and a library to read in simulation data for the LASAR simulation system. While at BBN I wrote libraries to read in general data from the 'DTIF' and Excel formats, and modified a library that read in Lotus and Oracle data. While at Wild Tangent I wrote a translator from the Direct X file format into the format required by the Wild Tangent WebDriver program, plus other programs to read in data from IIS log files and from the Microsoft linker 'MAP' files, plus a program that read in function declarations in the 'IDL' format. While an independent contractor I wrote a program to read in specific data from C++ source code.

17. My experience in importing data into programs is that it is much harder than it looks. There are at least three reasons why this is the case. Firstly, file formats are rarely well documented; even documents on which considerable attention has been paid may be hard to understand and use. Secondly, most file formats are complex enough that it is hard, when writing a file import routine, to write a correct import routine. Lastly, many programs that generate files in a particular format will either generate incorrect files or files which are correct but surprising. As a sub-category of this last problem, new versions of programs will often change their file export routines so that a person trying to write a file import routine has a changing target for importing files. Thus, in general file importing is a hard problem and file import routines can be an important part of a company's intellectual property.

18. Some of the files that I had to import were considered non-public. While working at BBN in the 1990s I had a need to modify the Lotus spreadsheet import and export routines. Although earlier versions of the file format were publicly documented in a regularly printed book, the current version was only available after BBN signed appropriate legal documents. Similarly, when I created the Microsoft Excel spreadsheet import and export routines, I found that the early versions (3 and 4) of the Excel spreadsheet file format were publicly documented in an regularly printed book, but the version 5 format was "wrapped" in a file format that, last time I checked (in about the year 2000) was still not publicly documented.

19. My experience in writing code, and my experience when reading other peoples code, is that there are many choices that can be made when writing code that imports data. Firstly, there is a big choice about the overall parsing method – there are special tools like 'yacc' and 'lex' (or their more modern counterparts 'bison' and 'flex') to read in files; these may or may not be appropriate. For some very common file formats there may be a choice of specialized import libraries (at my current job, we use at least two different libraries to read in the very popular 'XML' format). For other file formats there may be specialized libraries that have restrictions; in the Basic code, for example, the ███████ code uses such a library. However, files can be read without these special libraries. Once the initial overall method is chosen, the code will have all the regular choices that any code will have – how to break up the problem into smaller problems, how to name

1    variables, what to comment, and so on.

2

3    **Methodology For Comparing The Code And Conclusions**

4    20.  For this case I have examined some RPL (YDI) and Basic (Zavecz) source code to

5    determine whether or not the Basic code was copied from the RPL code; I determined that parts of

6    the Basic code was copied from the RPL code.

7    21.  I have examined some "old" RPL code (sometimes called the "KLA" code) to see if

8    the RPL source code was copied from the "old" RPL code; it was not.  In addition, this KLA code

9    does not contain any data import routines.  This "KLA" code is in files I received as

10   "4951_001.pdf" and "4951_007.pdf"; the first page indicates that it is Ackerman and Kevorkian's

11   file 10501-002.

12   22.  I have examined C/C++ code to determine if the RPL code was copied from the C/C++

13   code; it was not.

14   23.  I have compared a set of RPL files that I was told make up a product sold by Yield

15   Dynamics (the "RPL Code") and set of Basic files that I was told make up a product sold by TEA

16   (the "Basic code").   I used several different methods to find similar code; as expected, some

17   methods produced results and other did not.  Once similar code was found, it was analyzed by

18   hand.  The comparison was primarily done as follows:

19        A.  The Basic code was divided into three: files that ended in ".bas", files that ended in

20            ".frm" and ".cls", and all other files.  These were then roughly split into their

21            individual functions and sorted.

22        B.  The RPL code (files ending in ".rpl") was split into its individual functions and a

23            name assigned to each function; these were also sorted by name.

24        C.  Each Basic function that was in a file that ended in ".bas" was examined

25            individually.  Since I was looking for possible copied code, I looked for small parts

26            of the Basic code that could be possibly matched to RPL code.  Searches were done

27            on individual words and phrases in the comments that might have been copied,

28            seemingly unusual variable names, and, of course, the function name itself.  The

searches were done using standard text tools (in particular, a tool called *grep*) over the entire source code to find a superset of possible matches, followed up with a by-hand examination.

D. Each time a possible match was found, the RPL and Basic code was compared side-by-side to determine if the code was similar.  Code was deemed to be similar if it had comments that were identical in parts, or had significant structural similarities.

E. Matches were attempted by analyzing the basic algorithms used in the fundamental calculations and functions.  These found no useful matches.  The "fundamental" calculations are those that take the imported data and produce the numerical analyses that the products are attempting to do.   While there were many algorithms that were copied, I did not detect such copying by searching in this manner.

F. Matches were attempted by analyzing the usage of uncommonly used library routines (for example, by examining all routines that used *mat_rcstat* utility routine).  This method of searching found no useful matches.

**Comments on Numerical Methodology**

24. It's helpful to have a quantitative value for the amount of code that was copied.  In this case, it's difficult both to create an authoritative methodology for calculating a percentage copied and to apply a method.  For example, should the amount of Basic code be used in the calculation? If so, this leads to a substantial unfairness since the Visual Basic system, when creating the graphical elements (forms and windows and such) will create a text file to describe the form.  This data goes into files with a ".frm" extension (example: "███████████████").  The data is quite verbose – not only does it take a certain amount of data just to describe a form, but also the particular way that Visual Basic represents the data places very little information on each line.  It's not fair to include such low-density information, and yet the process of removing it would be a time-consuming and possible error-prone manual process.  This problem is typical of the problems in deciding on a method to calculate a percentage.  However, applying a method is also hard

1  because many lines of code fall into an in-between category where the line might have been

2  copied, but where the indications of copying are slight.

3      25.  In this declaration (Exhibit A) I have created an overall numerical analysis for just the

4  ████████ file: it's the biggest program code file in the Visual Basic system and has the most

5  extensive copying.  Additionally, import functions are critical for virtually every software system.

6  As discussed elsewhere, it is impossible to do a line by line analysis, so I have done a function by

7  function analysis.

8

9  **Specifics on What Code Was Copied**

10      26



14      In the import library I found that ████ of the lines of code are either in functions that

15  have been copied or are in functions that directly use copied functions.  All but one of the major

16  import functions is either copied or uses copied functions and the one major import function that

17  does not simply reads in Excel data using the special Excel routines that Microsoft provides.

18      27.  Approximately ████ lines, or about ████ pages, of code was copied from.  This includes

19  code from at least eight functions.  As discussed above, this does not mean that every line from

20  every function was copied; in a translation one would not expect to see this.

21      28.  The functions that are clearly copied are:

22      A.  ████████████████████████

23  ████████████████████

24      (Details in Exhibit B)

25      B.  ████████████████████████

26  ████████████████████

27      (Details in Exhibit B)

28

C. 

(Details in Exhibit B)

D.

(Details in Exhibit C)

E.

(Details in Exhibit D)

F.

(Details in Exhibit E)

G.

(Details in Exhibit F)

H.

(Details in Exhibit G)

I.

(Details in Exhibit H)

29. In addition, all of the main import functions except for ████████ show clear signs that they are copied from some common source, probably each other, and that some also show clear signs of being copied from RPL routines. Note that the import routines were also modified after being copied. The modifications support new file formats and improve the international capabilities. The main import functions in Defendants' code that show signs of being copied are

30. The main import functions are those functions in the ████ file that are responsible for reading in an entire data file in a particular format. They are generally called from the ████████ function and are added to the list of file formats that the user can see in the ████ function. Exceptions to the last two rules were made for functions that were clearly derived from similarly named function (for example, ████████ and ████████████).

31. Just because this list of "clearly copied" code is nine items long doesn't mean that other code is not copied. Because the code is being translated, and because it is being actively modified, some of the indications of copying, although present, are not compelling enough to be considered "direct copying."

32. The import library is included by the ████████████ Basic projects (files with a ".vbp" extension). Based on reading the .vbp projects, these correspond ████████████, respectively. Also based on the .vbp project file, the main programming interface for the import library, ████████, appears to be used by all of these programs.

33. Interestingly, the ████ function that is marked as "clearly copied" is not actually used at all in the Basic code.

**Examples of Evidence For Copying:** ████

34. As an example of why these routines are marked as 'clearly copied', let me examine the details of one of the routines ████████████

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com™

Declaration of Peter Smith in Support of Motion
for Summary Judgment

13

Case No. 06-C-00331 VRW



1   **Examples of Evidence For Copying:** ███████

2       38.  There are several reasons to believe that the ████████ function was copied. ███

3   ████████████████████████████████████████████████████████

4   ██

5       39. ████████████████████████████████████████████████████

6   ███████

7   ████████████████████

8   ████████████████████████████████

9   ████████████████████

10  ████████████████████████████████████████████████

11  ████████████████████████████████████████████████

12  ██████████████████████████████████████████

13  ██████████████████████████████████████████████

14  ████████████████████████████████████████████████

15  ████████████████████████████████████████████████

16  ████████████████████████████████████████████████

17  ████████████████████████████████████████████████

18  ████████████████████████████████████████████████

19  ██████████████████████████████████████████████

20  ██████████████████████████████████

21  ██████████████████████████████████████████████

22  ████████████████████████

23  ████████████████

24  ████████████████████████████

25  ████████████████

26  ████████████

27  ████████████████████

28

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com℠

**Declaration of Peter Smith in Support of Motion
for Summary Judgment**                    15                    Case No. 06-C-00331 VRW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

**Examples of Evidence For Copying:**

15

45.  There are several reasons for believing that the ████ function was copied.

16

17

18

46.

19

20

21

22

23

24

25

26

27

28



1

2

3

4

5

6

7

8

9

10

11

12

13  **Examples of Evidence For Copying:** ███

14      51.  There are several reason to believe that the ████ function was copied.

15

16

17

18

19

20

21

22

23

24

25

26

27

28



RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com[sm]

Declaration of Peter Smith in Support of Motion
for Summary Judgment

18

Case No. 06-C-00331 VRW



**Purpose of the** ██ **Function**

60.

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com℠

Declaration of Peter Smith in Support of Motion
for Summary Judgment

19

Case No. 06-C-00331 VRW

**Examples of Evidence for Copying:**

63. There are several reasons to believe that the ⬛⬛⬛ function was copied.

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com™

**Declaration of Peter Smith in Support of Motion
for Summary Judgment**

20

Case No. 06-C-00331 VRW



RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com℠

Declaration of Peter Smith in Support of Motion
for Summary Judgment

21

Case No. 06-C-00331 VRW



**Examples of Evidence for Copying:** ████████

    70.  There are several reasons to believe that the ████████ function was copied.

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com℠

Declaration of Peter Smith in Support of Motion
for Summary Judgment

22

Case No. 06-C-00331 VRW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16    //
17    //
18    //
19    //
20    //
21    //
22    //
23    //
24    //
25    //
26    //
27    //
28    //



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

76. ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this declaration was executed on June 28, 2006 in Redmond, Washington.

Peter Daniel Smith