1 AMichael G. Ackerman, Esq. (SBN 64997)
Kevin B. Kevorkian, Esq. (SBN 130242)
2 ACKERMAN AND KEVORKIAN
2391 The Alameda, Suite 100
3 Santa Clara, CA 95050
Telephone: (408) 261-5800
4

5 Attorneys for Defendants,
TEA Systems Corporation, Sub-Lambda
6 Systems, Inc. and Terrence E. Zavecz

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

| 12 | YIELD DYNAMICS, INC., a California Corporation, | Case No.: CV06 00331 VRW |
|---|---|---|
| 13 | | STIPULATION TO CONTINUE HEARING DATE OF PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT AND TO SCHEDULE A FURTHER CASE MANAGEMENT CONFERENCE FOR AUGUST 15, 2006 AND TO VACATE PRETRIAL CONFERENCE OF AUGUST 15, 2006 |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | TEA SYSTEMS CORPORATION, a Pennsylvania Corporation; SUB-LAMBDA SYSTEMS, INC., a Pennsylvania Corporation; TERRENCE E. ZAVECZ, an individual; DONNA ZAVECZ, an individual, | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |

20   WHEREAS, the parties were discussing settlement, and such discussions continued until
21 after an opposition was due by Defendants;

22   WHEREAS, counsel for Plaintiff received notice of oral argument in an appeal on short
23 notice;

24   WHEREAS, based on discussions between the parties, it appears that the interests of
25 justice will be best served by a modification in schedule;

26   IT IS HEREBY STIPULATED between the parties hereto, by and through their
27 respective counsel, that the Court:

28

- 1 -
STIPULATION TO CONTINUE AUGUST 10, 2006 HEARING DATE OF PLAINTIFF'S
PARTIAL MSJ & TO SCHEDULE A FURTHER CMC FOR AUGUST 15, 2006 &
TO VACATE PRETRIAL CONFERENCE OF AUGUST 15, 2006        Case No.: CV06 00331 VRW

1. shall vacate the August 3, 2006 hearing date for Plaintiff's Partial Motion for Summary Judgment;

2. vacate the Pretrial Conference of August 15, 2006;

3. schedule a further Case Management Conference for August 22, 2006 at 9:00 a.m.;

4. and reschedule Plaintiff's Motion for Partial Summary Judgment for October 19, 2006 at 2:00 p.m., with an opposition due on September 21, 2006 and a reply due on October 5.

DATED: July 24, 2006

ACKERMAN AND KEVORKIAN

By: _____
KEVIN B. KEVORKIAN, ESQ.
Attorneys for Defendants, TEA Systems
Corporation and Terrence E. Zavcez

DATED: July 25, 2006

RUSSO & HALE LLP

By: _____
MICHAEL RISCH, ESQ.
Attorneys for Respondent, Yield
Dynamics, Inc.

## ORDER

Pursuant to the above stipulation, IT IS HEREBY ORDERED that the August 3, 2006 hearing date on Plaintiff's Partial Motion for Summary Judgment is vacated and rescheduled for October 19, 2006 at 2:00 p.m., with a standard briefing schedule for the opposition and reply briefs from the new hearing date, the Pretrial Conference of August 15, 2006 is vacated and a further Case Management Conference is set for August 22, 2006 at 9:00 a.m.

Dated: July 26, 2006

_____
HONORABLE VAUGHN R. WALKER
Judge of the U.S. District Court

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

STIPULATION TO CONTINUE AUGUST 10, 2006 HEARING DATE OF PLAINTIFF'S
PARTIAL MSJ & TO SCHEDULE A FURTHER CMC FOR AUGUST 15, 2006 &
TO VACATE PRETRIAL CONFERENCE OF AUGUST 15, 2006          Case No.: CV06 00331 VRW