IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**YIELD DYNAMICS, INC,**　　　　　　　　　　　　No   C-06-331 - VRW

　　　　Plaintiff,　　　　　　　　　　　　　　ORDER

　　　　v

**TEA SYSTEMS CORP et al,**

　　　　Defendants.
　　　　　　　　　　　　　　　　　　/

　　　　Not later than December 28, 2006, the parties are directed to serve and file a letter not exceeding two pages describing the present status of trial preparation.  In the alternative, the parties may report to the court for a status conference not later than January 19, 2007.  The parties may arrange a status conference date with the court's deputy, Cora Delfin, who may be reached at (415) 522-2039.

　　　　The parties are reminded of the firm trial date herein of May 7, 2007.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　VAUGHN R WALKER
　　　　　　　　　　　　　　　　　　United States District Chief Judge