IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIELD DYNAMICS, INC, | No C 06-0331 VRW |
| Plaintiff, | ORDER |
| v | |
| TEA SYSTEMS CORPORATION; TERRENCE E ZAVECZ; DONNA ZAVECZ, | |
| Defendants. | |

After reviewing plaintiff's proposed jury questionnaire and not receiving a proposed jury questionnaire from defendants, the court proposes to submit the attached jury questionnaire to prospective jurors.

//
//
//
//
//

The parties are ORDERED to submit objections and suggestions no later than 5:30 pm on, April 23, 2007.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge