JACK RUSSO State Bar No. 96068
RUSSO & HALE LLP
401 Florence St.
Palo Alto, CA 94301
Tel.: 650-327-9800
Fax: 650-327-3737

Attorneys for Plaintiffs
YIELD DYNAMICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YIELD DYNAMICS, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TEA SYSTEMS CORPORATION, a Pennsylvania corporation; TERRENCE E. ZAVECZ, an individual; DONNA ZAVECZ, an individual,<br><br>Defendants. | Case No.: 06-C-00331 VRW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br>[F.R.C.P. Rule 41]<br><br>Oct. 23, 2007 |

IT IS SO ORDERED
Judge Vaughn R Walker

Pursuant to F.R.C.P. Rule 41(a)(1), the parties hereto stipulate that the above-titled action is hereby dismissed with prejudice.

SO STIPULATED:

Dated: October 4, 2007

RUSSO & HALE LLP

By: /s/ Jack Russo
Jack Russo
Attorney for Plaintiff
YIELD DYNAMICS, INC.

ACKERMAN & KEVORKIAN

By: /s/
Michael Ackerman
Kevin Kevorkian
Attorneys for Defendants
TEA SYSTEMS CORPORATION
TERRENCE E. ZAVECZ
DONNA ZAVECZ

Stip. of Voluntary Dismissal                Case No. 06-C-00331 VRW